

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-24-00304-CV |
| RLG UNIVERSE PROPERTIES, LLC D/B/A ROCKIN' JUMP ("RLG") AND CIRCUSTRIX HOLDINGS, LLC (CIRCUSTRIX), | § § § | AN ORIGINAL PROCEEDING IN MANDAMUS |
| Relators. | | |

### J U D G M E N T

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable M. Sue Kurita, Judge of County Court at Law No. 6 of El Paso, Texas and concludes that Relators' petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 29TH DAY OF OCTOBER 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.